1  CRAIG NEEDHAM (SBN 52010)
   KIRSTEN FISH (SB #217940)
2  **NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP**
   1960 The Alameda, Suite 210
3  San Jose, CA 95126
   Tel:   (408) 244-2166
4  Fax:   (408) 244-7815

5  **TINSMAN & SCIANO, INC.**
   DANIEL J.T. SCIANO (Admitted *Pro Hac Vice*)
6  10107 McAllister Freeway
   San Antonio, Texas 78216
7  Telephone: (210) 225-3121
   Fax:  (210) 225-6235
8
   *Attorneys for Plaintiffs, JEREMY JAMES*
9  *EHART, KRISTY EHART, and STEVEN*
   *RYAN McCLANAHAN*
10

11                     IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION

13 | JEREMY JAMES EHART, KRISTY        | No. 5:06-CV-6507-JW
   | EHART, and STEVEN RYAN            |
14 | McCLANAHAN,                       | [~~PROPOSED~~]
15 |         Plaintiffs,               |
   |                                   | ORDER GRANTING STIPULATED REQUEST
16 | vs.                               | CONTINUING CASE MANAGEMENT
   |                                   | CONFERENCE
17 | GHILLIE SUITS.COM INC.; et al.,   |
18 |         Defendants.               |

19

20     IT IS HEREBY ORDERED that:

21     The case management conference scheduled for Monday, January 22, 2007, is vacated.

22     A new case management conference date is scheduled for February 26, 2007 at 10:00 a.m.

23 All other related deadlines are continued accordingly.

24     PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED:   December 22, 2006

26                                              _____
27                                              THE HONORABLE JAMES WARE

{H:\WDOCS\6183\71353\pleading\00088522.DOC}                                            -1-
ORDER CONTINUING CASE MANAGEMENT CONFERENCE              CASE NO. 5:06-CV-6507-JW