IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jemery Ehart, et al., | NO. C 06-06507 JW |
|     Plaintiffs, <br> v. | **ORDER CONTINUING HEARING ON MOTIONS** |
| Ghillie Suits.Com, Inc., et al., | |
|     Defendants. | |

On the Court's motion, the hearing on the motions currently set for January 22, 2007 is continued to **January 29, 2007 at 9 a.m.**

Dated: January 16, 2007

                                              JAMES WARE <br>
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Needham cneedham@ndkylaw.com
Daniel JT Sciano dsciano@tsslawyers.com
Danielle Kono Lewis dlewis@selmanbreitman.com
Kirsten M. Fish kfish@ndkylaw.com
Michael Lloyd Smith mls@mmker.com
Paul Edmond Stephan pstephan@selmanbreitman.com
Sharon Cohen Collier scollier@archernorris.com

**Dated: January 16, 2007**                              **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California