IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>         Plaintiffs,<br>vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>         Defendants. | No. 5:06-CV-6507-JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private Process:**

    Private ADR:    <u>Private mediation, mediator TBD</u>

The parties agree to hold the ADR session by:

    Other requested deadline:    <u>The parties agree to complete the mediation within 120 days from the date of the order referring the case to ADR</u>

Dated: **2/2/07**

    NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

By: _____
CRAIG NEEDHAM
KIRSTEN FISH
Attorneys for Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN

| | | |
|---|---|---|
| 1 | Dated: 2/2/07 | TINSMAN & SCIANO, INC. |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | DANIEL J.T. SCIANO |
| | | Attorney for Plaintiffs JEREMY JAMES |
| 5 | | EHART, KRISTY EHART, and STEVEN |
| | | RYAN McCLANAHAN |
| 6 | | |
| 7 | | |
| 8 | Dated: _____ | SELMAN BREITMAN |
| 9 | | |
| 10 | | By: _____ |
| 11 | | PAUL STEPHAN |
| | | DANIELLE LEWIS |
| 12 | | Attorney for Defendants GHILLIE |
| | | SUITS.COM INC. AND TODD MUIRHEAD |
| 13 | | |
| 14 | | |
| 15 | Dated: _____ | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP |
| 16 | | |
| 17 | | |
| 18 | | By: _____ |
| | | MICHAEL L. SMITH |
| 19 | | Attorney for Defendant WACKENHUT |
| | | SERVICES, INC. |
| 20 | | |
| 21 | | |
| 22 | Dated: _____ | ARCHER NORRIS |
| 23 | | |
| 24 | | By: _____ |
| | | SHARON COLLIER |
| 25 | | Attorney for Defendant NEW YORK FIRE- |
| 26 | | SHIELD, INC. |
| 27 | | |

{H:\WDOCS\6183\71353\pleading\00089801.DOC}
STIPULATION AND ORDER RE:
SELECTING ADR PROCESS

-2-

CASE NO. 5:06-CV-6507-JW

| | | |
|---|---|---|
| 1 | Dated: _____ | TINSMAN & SCIANO, INC. |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | DANIEL J.T. SCIANO<br>Attorney for Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN |
| 6 | | |
| 7 | | |
| 8 | Dated: 2/2/07 | SELMAN BREITMAN |
| 9 | | |
| 10 | | By: _Danielle Lewis_ |
| 11 | | PAUL STEPHAN<br>DANIELLE LEWIS |
| 12 | | Attorney for Defendants GHILLIE SUITS.COM INC. AND TODD MUIRHEAD |
| 13 | | |
| 14 | | |
| 15 | Dated: _____ | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP |
| 16 | | |
| 17 | | |
| 18 | | By:_____ |
| 19 | | MICHAEL L. SMITH<br>Attorney for Defendant WACKENHUT SERVICES, INC. |
| 20 | | |
| 21 | | |
| 22 | Dated: _____ | ARCHER NORRIS |
| 23 | | |
| 24 | | |
| 25 | | By:_____<br>SHARON COLLIER |
| 26 | | Attorney for Defendant NEW YORK FIRE-SHIELD, INC. |
| 27 | | |

{H:\WDOCS\6183\71353\pleading\00089801.DOC}
STIPULATION AND ORDER RE:
SELECTING ADR PROCESS

-2-

CASE NO. 5:06-CV-6507-JW

| | |
|---|---|
| Dated: _____ | TINSMAN & SCIANO, INC.<br><br>By: _____/s/_____<br>DANIEL J.T. SCIANO<br>Attorney for Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN |
| Dated: _____ | SELMAN BREITMAN<br><br>By: _____<br>PAUL STEPHAN<br>DANIELLE LEWIS<br>Attorney for Defendants GHILLIE SUITS.COM INC. AND TODD MUIRHEAD |
| Dated: 2/2/07 | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP<br><br>By: _____<br>MICHAEL L. SMITH<br>Attorney for Defendant WACKENHUT SERVICES, INC. |
| Dated: _____ | ARCHER NORRIS<br><br>By: _____<br>SHARON COLLIER<br>Attorney for Defendant NEW YORK FIRE-SHIELD, INC. |

{H:\WDOCS\6183\71353\pleading\00089801.DOC}
STIPULATION AND ORDER RE:
SELECTING ADR PROCESS

-2-

CASE NO. 5:06-CV-6507-JW

| | | |
|---|---|---|
| 1 | Dated: _____ | TINSMAN & SCIANO, INC. |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | DANIEL J.T. SCIANO |
| 5 | | Attorney for Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN |
| 8 | Dated: _____ | SELMAN BREITMAN |
| 10 | | By: _____ |
| 11 | | PAUL STEPHAN |
| 12 | | DANIELLE LEWIS |
| | | Attorney for Defendants GHILLIE SUITS.COM INC. AND TODD MUIRHEAD |
| 15 | Dated: _____ | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP |
| 18 | | By:_____ |
| 19 | | MICHAEL L. SMITH |
| | | Attorney for Defendant WACKENHUT SERVICES, INC. |
| 22 | Dated: 2/2/07 | ARCHER NORRIS |
| 24 | | By: [signature] |
| 25 | | SHARON COLLIER |
| 26 | | Attorney for Defendant NEW YORK FIRE-SHIELD, INC. |

{H:\WDOCS\6183\71353\pleading\00089801.DOC}
STIPULATION AND ORDER RE:
SELECTING ADR PROCESS

-2-

CASE NO. 5:06-CV-6507-JW

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

<u>Private Mediation</u>

Deadline for ADR session:

<u>120 days from the date of this order</u>

IT IS SO ORDERED

Dated: __2/6/2007__

_____
THE HONORABLE JAMES WARE