1  PAUL E. STEPHAN (SBN 075081)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   GHILLIE SUITS.COM, INC. AND TODD
6  MUIRHEAD

**GRANTED**
*Judge James Ware*
4/6/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>GHILLIE SUITS.COM, INC; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. C06 06507<br><br>STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO NEW YORK FIRE-SHIELD, INC.'S CROSS-CLAIM |
| AND RELATED CROSS-ACTIONS | |

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1.  Pursuant to Civil L.R. 6-1(a), the parties agree to extend the time within which Defendants Ghillie Suits.com, Inc. and Todd Muirhead shall file its Answer or otherwise respond to the Cross-Claim of New York Fire-Shield, Inc.

2.  The time within which Defendants Ghillie Suits.com, Inc. and Todd Muirhead shall file its Answer or otherwise respond

1

STIPULATION

127857.1 489.22860

*Selman Breitman LLP — Attorneys at Law*

1 | to the Cross-Claim is extended by a period of eighteen (18) days.

2 |     3. Defendants Ghillie Suits.com, Inc. and Todd Muirhead shall file its Answer or otherwise respond to New York Fire-Shield, Inc.'s Cross-Claim by April 30, 2007.

DATED: April 3, 2007    ARCHER NORRIS

By: _____
SHARON C. COLLIER
Attorneys for Defendants
NEW YORK FIRE-SHIELD, INC.

DATED: April 3, 2007    SELMAN BREITMAN LLP

By: _____
PAUL E. STEPHAN
DANIELLE K. LEWIS
Attorneys for Defendants
GHILLIE SUITS.COM, INC. and TODD MUIRHEAD