1  CRAIG NEEDHAM (SBN 52010)
   KIRSTEN FISH (SB #217940)
2  **NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP**
   1960 The Alameda, Suite 210
3  San Jose, CA 95126
   Tel:   (408) 244-2166
4  Fax:   (408) 244-7815

5  **TINSMAN & SCIANO, INC.**
   DANIEL J.T. SCIANO (appearing *pro hac vice*)
6  One Riverwalk Place, 14th Floor
   700 North St. Mary's Street
7  San Antonio, Texas 78205
   Telephone: (210) 225-3121
8  Fax:  (210) 225-6235

9  Attorneys for Plaintiffs JEREMY JAMES
   EHART, KRISTY EHART, and STEVEN
10 RYAN McCLANAHAN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*7/10/2007*

11            IN THE UNITED STATES DISTRICT COURT
12           FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                       SAN JOSE DIVISION

14 | JEREMY JAMES EHART, KRISTY       | No. C 06-06507 JW
   | EHART, and STEVEN RYAN
15 | McCLANAHAN,                      | **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER**
16 |        Plaintiffs,
   |   vs.
17 |
   | GHILLIE SUITS.COM INC.; TODD
18 | MUIRHEAD; NEW YORK FIRE-SHIELD
   | INCORPORATED; WACKENHUT
19 | SERVICES, INCORPORATED; THE
   | WACKENHUT CORPORATION; and
20 | DOES 1 – 50, inclusive,
21 |        Defendants.
22

23        Come now, (1) Plaintiffs Jeremy James Ehart, Kristy Ehart, and Steven Ryan McClanahan;
24 (2) Defendant Ghillie Suits.Com, Inc.; (3) Defendant Todd Muirhead; (4) Defendant New York
25 Fire-Shield Incorporated; (5) Defendant Wackenhut Services, Incorporated; and (6) Defendant The
26 Wackenhut Corporation; and file this Stipulation requesting the Court to enter an Agreed Amended
27 Scheduling Order in this case and as grounds therefore, would show the Court as follows:

{NDKY Main\6183\71353\PLEADING\00096278.DOC}
Stipulation and [Proposed] Order Amending Scheduling Order                -1-
                                                          CASE NO. 5:06-CV-6507-JW

1. At the time the Agreed Scheduling Order was entered, the parties' initial disclosures had not been fully produced.

2. Since that time numerous depositions have been taken or partially completed to include the following: Patrick Bumpus, the 30(b)(6) deponent of New York Fire Shield, Inc.; Kathy Verdi, a New York Fire Shield, Inc., employee; Todd Muirhead, the 30(b)(6) deponent of Ghillie Suits.com Inc.; Nathan Weyandt, employee of Southwest Research Insititute (SwRI) an organization located in San Antonio, Texas, that performed certain flammability tests for the Department of Energy (DOE); Mark Brown, the 30(b)(6) deponent for Wackenhut Services, Inc. (WSI) regarding gun issues; Depositions on written questions to Intertek Labtest (a testing laboratory). Additionally, the parties have exchanged voluminous written documents in initial and supplemental disclosures. WSI recently produced in late May and early June approximately 3,600 pages of documents. Mediation was convened on May 15, 2007 with Judge Scott Snowden with JAMS in San Francisco and although the mediation resulted in, at this point an impasse, numerous issues were narrowed. Depositions of numerous additional witnesses are expected and the parties are coordinating with regard to both dates and locations.

3. Although, discovery is partially complicated by the number of parties, the geographical location of numerous witnesses, the affiliation of numerous governmental entities including but not limited to DOE (Department of Energy), OTS (Office of Transportation Safeguards), NNSA (National Nuclear Security Administration), OST (Office of Secure Transportation), and the USMC (United States Marine Corps), coordination with numerous legal departments from each of the governmental entities, and the highly sensitive nature of the operation in question, and activities involved have affected the ability to complete discovery. Numerous additional depositions remain to be completed, additional documents remain to be exchanged, and certain insurance issues which have given rise to legal proceedings in state court coupled with the facts set out above militate toward further extensions of discovery and expert disclosures in this matter. In addition, the deployment of numerous witnesses out of state and out of the country makes completion of discovery improbable within the previously expected time period.

4. Based on the foregoing, all parties jointly move the Court to extend the current deadlines set out in the Scheduling Ordered entered on February 22nd 2007. The parties jointly and unanimously move that the attached proposed Amended Agreed Scheduling Order submitted by all parties be entered by the Court.

5. This Motion is not made for purposes of delay but so that justice may be done. All parties unanimously agree that a reasonable extension is necessary, based upon numerous issues including some of which are set out above.

| | |
|---|---|
| **Deadline to Disclose Expert Witnesses and serve resumes and reports** *(63 days before the close of discovery)* | April 4, 2008 |
| **Last Date for Hearing Dispositive Motions** *(60 days before Preliminary Pretrial Conference)* | May 8, 2008 |
| **Close of All Discovery** | June 6, 2008 |
| **Preliminary Pretrial Conference at 11 a.m.** | July 7, 2008 |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before conference)* | June 27, 2008 |

Respectfully submitted,

TINSMAN & SCIANO, INC.

Dated: 7/9/07

By: _____
Daniel J. T. Sciano

And

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Dated: _____

By: _____
**Craig Needham**
Attorneys for Plaintiffs JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN MCCLANAHAN

1    4.    Based on the foregoing, all parties jointly move the Court to extend the current
2  deadlines set out in the Scheduling Ordered entered on February 22nd 2007. The parties jointly and
3  unanimously move that the attached proposed Amended Agreed Scheduling Order submitted by all
4  parties be entered by the Court.
5    5.    This Motion is not made for purposes of delay but so that justice may be done. All
6  parties unanimously agree that a reasonable extension is necessary, based upon numerous issues
7  including some of which are set out above.

| Deadline to Disclose Expert Witnesses and serve resumes and reports *(63 days before the close of discovery)* | April 4, 2008 |
|---|---|
| Last Date for Hearing Dispositive Motions *(60 days before Preliminary Pretrial Conference)* | May 8, 2008 |
| Close of All Discovery | June 6, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | July 7, 2008 |
| Preliminary Pretrial Conference Statements *(Due 10 days before conference)* | June 27, 2008 |

Respectfully submitted,

TINSMAN & SCIANO, INC.

Dated: _____          By: _____
                              Daniel J. T. Sciano

                          And

                          NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Dated: 7/2/07             By: _____
                              Craig Needham
                          Attorneys for Plaintiffs JEREMY JAMES
                          EHART, KRISTY EHART and STEVEN
                          RYAN MCCLANAHAN

07/03/2007 15:57 FAX 415 979 2009    SELMAN BREITMAN SF    ☒002/002

07/03/2007 TUE 11:49 [TX/RX NO 7120] ☒001

JUL-02-2007 MON 03:41 PM TINSMAN & SCIANO           FAX NO. 210 225 8235           P. 05/06

Dated:

1
2
3    Dated: _____
4
5
6    Dated: _____
7
8    (NDKY Main
     Stipn stion
9
10   Dated: July 3 07
11
12
13
14
15
16
17   Dated: _____
18   (NDKY Ma
     Stipn stion
19
20
21
22
23
24
25
26
27

(NDKY Main\6152\7135\PLEADING\0000208.DOC)
Stipulation and (Proposed) Order Amending Scheduling Order

MANNING & MARBURY,
RAMIREZ LLP

By: _____
    Mike Smith
Attorneys for Defendants WACKENHUT
SERVICES, INCORPORATED and THE
WACKENHUT CORPORATION


SELMAN BREITMAN LLP

By: _____
    Paul Stephan
Attorneys for Defendants GHILLIE
SUITS.COM, INC, and TODD MUIRHEAD


ARCHER NORRIS

By: _____
    Sharon Collier
Attorneys for Defendant NEW YORK FIRE-
SHIELD INCORPORATED

07/02/2007 MON 12:38 [TX/RX NO 7075]
07/03/2007 11:58    13105398477    TINA MCHALE    PAGE 01/01

Case 5:06-cv-06507-JW   Document 81   Filed 07/10/07   Page 6 of 8

07/02/2007 15:43 FAX  415 217 6999        MANNING & MARDER                    ☒002/002
JUL-02-2007 MON 03:39 PM TINSMAN & SCIANO        FAX NO. 210 225 6235             P. 05/06

| | |
|---|---|
| 1 | |
| 2 | **MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP** |
| 3  Dated: 7/2/07 | |
| 4 | By: _____ |
| 5 | Mike Smith |
| 6 | Attorneys for Defendants WACKENHUT SERVICES, INCORPORATED and THE WACKENHUT CORPORATION |
| 7 | |
| 8 | |
| 9 | **SELMAN BREITMAN LLP** |
| 10  Dated: _____ | |
| 11 | By: _____ |
| 12 | Paul Stephan |
| | Attorneys for Defendants GHILLIE SUITS.COM, INC, and TODD MUIRHEAD |
| 13 | |
| 14 | |
| 15 | **ARCHER NORRIS** |
| 16  Dated: _____ | |
| 17 | By: _____ |
| 18 | Sharon Collier |
| | Attorneys for Defendant NEW YORK FIRE-SHIELD INCORPORATED |
| 19 // | |
| 20 // | |
| 21 // | |
| 22 // | |
| 23 // | |
| 24 // | |
| 25 // | |
| 26 // | |
| 27 | |

| | |
|---|---|
| 1 | MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP |
| 2 | |
| 3 Dated: _____ | By: _____ |
| 4 | Mike Smith |
| 5 | Attorneys for Defendants WACKENHUT SERVICES, INCORPORATED and THE WACKENHUT CORPORATION |
| 6 | |
| 7 | |
| 8 | |
| 9 | SELMAN BREITMAN LLP |
| 10 Dated: _____ | By: _____ |
| 11 | Paul Stephan |
| 12 | Attorneys for Defendants GHILLIE SUITS.COM, INC, and TODD MUIRHEAD |
| 13 | |
| 14 | |
| 15 | ARCHER NORRIS |
| 16 Dated: 7/9/07 | By: _/s/ Sharon Collier_____ |
| 17 | Sharon Collier |
| 18 | Attorneys for Defendant NEW YORK FIRE-SHIELD INCORPORATED |

//
//
//
//
//
//
//
//

{NDKY Main\6183\71353\PLEADING\00096278.DOC}
Stipulation and [Proposed] Order Amending Scheduling Order

-4-
CASE NO. 5:06-CV-6507-JW

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the following will be the Amended Scheduling Order in this case:

| | |
|---|---|
| **Deadline to Disclose Expert Witnesses and serve resumes and reports** *(63 days before the close of discovery)* | **April 4, 2008** |
| **Last Date for Hearing Dispositive Motions** *(60 days before Preliminary Pretrial Conference)* | **May** 12, 2008 |
| **Close of All Discovery** | **June 6, 2008** |
| **Preliminary Pretrial Conference at 11 a.m.** | **July** 14, 2008 |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before conference)* | ·July 4, 2008 |

IT IS SO ORDERED

Dated: ____July 10, 2007____      _____/s/ James Ware_____
THE HONORABLE JAMES WARE