CRAIG NEEDHAM (SBN 52010)
KIRSTEN FISH (SB #217940)
**NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel:  (408) 244-2166
Fax:  (408) 244-7815

**TINSMAN & SCIANO, INC.**
DANIEL J.T. SCIANO (appearing pro hac vice)
One Riverwalk Place, 14th Floor
700 North St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 225-3121
Fax:  (210) 225-6235

Attorneys for Plaintiffs JEREMY JAMES
EHART, KRISTY EHART, and STEVEN
RYAN McCLANAHAN

IT IS SO ORDERED AS MODIFIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>Plaintiffs,<br>vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>Defendants. | No. C 06-06507 JW<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

Come now, (1) Plaintiffs Jeremy James Ehart, Kristy Ehart, and Steven Ryan McClanahan; (2) Defendant Ghillie Suits.Com, Inc.; (3) Defendant Todd Muirhead; (4) Defendant New York Fire-Shield Incorporated; (5) Defendant Wackenhut Services, Incorporated; and (6) Defendant The Wackenhut Corporation; and file this Stipulation requesting the Court to enter an Agreed Amended Scheduling Order in this case and as grounds therefore, would show the Court as follows:

1. On July 9, 2007, an Order to Amend the Scheduling Order was entered in this case which included the following:

| | |
|---|---|
| **Deadline to Disclose Expert Witnesses and serve resumes and reports** *(63 days before the close of discovery)* | April 4, 2008 |
| **Last Date for Hearing Dispositive Motions** *(60 days before Preliminary Pretrial Conference)* | May 8, 2008 |
| **Close of All Discovery** | June 6, 2008 |
| **Preliminary Pretrial Conference at 11 a.m.** | July 7, 2008 |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before conference)* | June 27, 2008 |

2. Since that time, three more depositions have taken place including the continuation of the deposition of Todd Muirhead on September 18, 2007, and the deposition of Southwest Research Institute's Joe Anderson and CompleteSeal's Chris Amundsen on October 29, 2007. During this series of depositions, it was discovered that another entity was involved in the chain of distribution of one of the products at issue in this matter, "Inspecta-Shield" fire retardant. In light of this new information, Plaintiffs have been working on an Amended Complaint. This *Plaintiffs' First Amended Complaint* along with a *Stipulation to Amend Plaintiffs' Complaint* has been forwarded to all attorneys of record for their approval.

3. Additionally, as indicated in the prior Order, the parties have been working to coordinate with numerous legal departments from several governmental entities. This process in itself is very time consuming and cumbersome because of the highly sensitive nature of the operation in question and the chain of command that each department must go through in order to produce the documents that are relevant and employees that are needed for deposition. This has greatly affected the parties' ability to complete discovery. The Plaintiffs have been working with the San Diego Office of Judge Advocate to try and coordinate depositions and/or teleconferences with the Marines who witnessed the incident or played a significant role before, during or after Exercise Pacific Patriot, the exercise at which the incident made the basis of this lawsuit occurred. Although we have been in constant communication with the JAG office for over a year, we have had no success in scheduling these crucial teleconferences, much less depositions. The San Diego Judge Advocate General's office has indicated that they have been trying to coordinate with each of the

1  JAG offices which have jurisdiction over each Marine and that the hold up is on the other end; not
2  theirs.

3  4.  The attorneys for Wackenhut Services, Inc. have also been working with the
4  government to try and coordinate depositions of the Department of Energy personnel who were
5  involved in Exercise Pacific Patriot. Six different depositions were scheduled in December and
6  January. Each of these depositions had to be cancelled due to the organization's inability to produce
7  the documents which will be needed for each deposition. These depositions are expected to take
8  place in the next few months and the parties are coordinating with regard to both dates and
9  locations.

10  5.  Again, numerous additional depositions remain to be completed, additional
11  documents remain to be exchanged, and certain insurance issues which have given rise to legal
12  proceedings in state court coupled with the facts set out above militate toward further extensions of
13  discovery and expert disclosures in this matter. In addition, the deployment of numerous witnesses
14  out of state and out of the country makes completion of discovery improbable within the previously
15  expected time period.

16  6.  This Motion is not made for purposes of delay but so that justice may be done. All
17  parties unanimously agree that a reasonable extension is necessary, based upon numerous issues
18  including some of which are set out above.

19  7.  Based on the foregoing, all parties jointly move the Court to extend the current
20  deadlines set out in the Scheduling Ordered entered on July 9, 2007. The parties jointly and
21  unanimously move that the attached proposed Amended Agreed Scheduling Order submitted by all
22  parties be entered by the Court.

| Deadline to Disclose Expert Witnesses and serve resumes and reports *(63 days before the close of discovery)* | October 13, 2008 |
|---|---|
| Last Date for Hearing Dispositive Motions *(60 days before Preliminary Pretrial Conference)* | November 13, 2008 |
| Close of All Discovery | December 15, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | January 12, 2009 |
| Preliminary Pretrial Conference Statements *(Due 10 days before conference)* | January 2, 2009 |

Dated: _____

Respectfully submitted,

TINSMAN & SCIANO, INC.

By: _____
    Daniel J. T. Sciano

And

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Dated: _____

By: _____
    Craig Needham
Attorneys for Plaintiffs JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN MCCLANAHAN

MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP

Dated: _____

By: _____
    Mike Smith
Attorneys for Defendants WACKENHUT SERVICES, INCORPORATED and THE WACKENHUT CORPORATION

SELMAN BREITMAN LLP

Dated: 2/22/08

By: _____
    Paul Stephan
Attorneys for Defendants GHILLIE SUITS.COM, INC, and TODD MUIRHEAD

Respectfully submitted,

TINSMAN & SCIANO, INC.

Dated: _____

By: _____
Daniel T. Sciano

And

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Dated: 2/20/08

By: _____
Craig Needham
Attorneys for Plaintiffs JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN MCCLANAHAN

MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP

Dated: 2/26/08

By: _____
Mike Smith
Attorneys for Defendants WACKENHUT SERVICES, INCORPORATED and THE WACKENHUT CORPORATION

SELMAN BREITMAN LLP

Dated: _____

By: _____
Paul Stephan
Attorneys for Defendants GHILLIE SUITS.COM, INC, and TODD MUIRHEAD

| | |
|---|---|
| 1 | |
| 2 | ARCHER NORRIS |
| 3 Dated: 2/26/08 | By: /s/ Sharon Collier |
| 4 | Sharon Collier |
| 5 | Attorneys for Defendant NEW YORK FIRE-SHIELD INCORPORATED |
| 6 // | |
| 7 // | |
| 8 // | |
| 9 // | |
| 10 // | |
| 11 // | |
| 12 // | |
| 13 // | |

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the following will be the Amended Scheduling Order in this case:

| | |
|---|---|
| **Deadline to Disclose Expert Witnesses and serve resumes and reports** *(63 days before the close of discovery)* | **October 13, 2008** |
| **Last Date for Hearing Dispositive Motions** *(60 days before Preliminary Pretrial Conference)* | **February 16, 2009 at 9 a.m.** |
| **Close of All Discovery** | **December 15, 2008** |
| **Preliminary Pretrial Conference at 11 a.m.** | **November 10, 2008** |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before conference)* | **October 31, 2008** |

IT IS SO ORDERED  **This is the final Amendment of the Court's Scheduling Order. No further extension will be permitted.**

Dated: March 4, 2008

THE HONORABLE JAMES WARE