1  LORI B. FELDMAN (SBN 99655)
   LAW OFFICES OF LORI B. FELDMAN
2  165 North Redwood Drive, Suite 110
   San Rafael, CA  94903
3  Telephone:     (415) 492-2120
   Fax:              (415) 492-2019
4
   Attorney for Defendant and Cross-Complainant
5  GARY CROSSLAND

6

7  SHIREEN B. ROGERS (SBN 163507)
   MUSICK, PEELER & GARRETT LLP
8
   650  Town Center Drive, Suite 1200
9  Costa Mesa, CA 92626
   Telephone:     (714) 668-2424
10 Fax:              (714) 668-2490

11
   Attorney for Defendant and Cross-Complainant
12 THE GARLAND COMPANY

13               IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 JEREMY JAMES EHART, KRISTY EHART, )   **Case No. 5:06 CV-6507-JW**
   and STEVEN RYAN McCLANAHAN,       )
18                                    )   **STIPULATION AND [PROPOSED]**
          Plaintiffs,                )   **ORDER AMENDING SCHEDULING**
19                                    )   **ORDER**
   vs.                               )
20                                    )   The Honorable James Ware
                                     )
21 GHILLIE SUITS.COM INC.; TODD      )
   MUIRHEAD; NEW YORK FIRE-SHIELD    )
22 INCORPORATED; WACKENHUT           )
   SERVICES, INCORPORATED; THE       )
23 WACKENHUT CORPORATION; and DOES   )
   1 through 50, inclusive,          )
24                                    )
                                     )
25        Defendants.                )
   ───────────────────────────────  )
26                                    )
                                     )
27 AND RELATED CROSS-CLAIMS          )
   ───────────────────────────────  )
28        Come now, (1) Plaintiffs Jeremy James Ehart, Kristy Ehart, and Steven Ryan

   Stipulation and [Proposed] Order to Amend Scheduling Order Dated March 4, 2008

1

McClanahan; (2) Defendant Ghillie Suits.Com, Inc.; (3) Defendant Todd Muirhead; (4)

Defendant New York Fire-Shield Incorporated; (5) Defendant Wackenhut Services,

Incorporated; (6) Defendant The Garland Company; and, (7) Defendant Gary Crossland; and file

this Stipulation requesting the Court to enter an Amended Scheduling Order in this case and as

grounds therefor, would show the Court as follows:

      1.     On March 4, 2008, an Order to Amend the Scheduling was entered in this case,

which included the following:

| | |
|---|---|
| **Deadline to Disclose Expert Witnesses and serve resumes and reports** (*63 days before the close of discovery*) | **October 13, 2008** |
| **Last Date for Hearing Dispositive Motions** (*60 days before Preliminary Pretrial Conference*) | **February 16, 2009 at 9 a.m.** |
| **Close of All Discovery** | **December 15, 2008** |
| **Preliminary Pretrial Conference at 11 a.m.** | **November 10, 2008** |
| **Preliminary Pretrial Conference Statements** (*Due 10 days before conference*) | **October 31, 2008** |

      IT IS SO ORDERED  **This is the final Amendment of the Court's Scheduling Order. No further extension will be permitted**.

      2.     Subsequent to the date of the prior Scheduling Order dated March 4, 2008,

Plaintiffs filed their First Amended Complaint (on or about March 5, 2008).  Moreover, various

Defendants filed Answers and Cross-Claims.  Defendant and Cross-Complainant Gary Crossland

("Crossland") and Defendant and Cross-Complainant The Garland Company were thereafter

served as DOE Defendants on or about March 12, 2008.  Crossland is the President of the

corporation known as The Garland Company.  Crossland filed an Answer and Cross-Claim on or

Stipulation and [Proposed] Order to Amend Scheduling Order Dated March 4, 2008

1  about May 5, 2008, by and through his counsel, Lori B. Feldman.  The Garland Company filed

2  an Answer and Cross-Claim on or about May 5, 2008, through its counsel, Shireen B. Rogers.

3           3.       Crossland's counsel and The Garland Company's counsel have only been in this

4  case since May 2008, a period of some three (3) months.  However, this action has been in

5  progress for almost two (2) years – since on or about October 18, 2006.  The issues of this case

6  are complicated and are made more so by the production of thousands of pages of documents

7  relating to the operation taking place at the time of the accident.  Because the case involves two

8  Marines who were engaged in a military exercise equipped with machine guns and wearing

9  ghillie suits which had been treated with a fire retardant product, Plaintiffs' counsel has not only

10  sued those allegedly involved in the manufacture, distribution, re-packaging, and application of

11  the fire retardant product, but he has sued the supplier of the weapons used during the military

12  operation and has stated causes of action against all Defendants for strict liability, failure to

13  warn, and negligence relating both to the fire retardant product, and to the M-60 machine guns

14  used during the military exercise, as well as the appropriateness of using the ghillie suits in

15  conjunction with the M-60s.

16           4.       Discovery has been in process during the pendency of this action and prior to

17  Crossland's and The Garland Company's involvement in this action.  Numerous depositions

18  were taken in 2007, before Defendants Crossland and The Garland Company were served,

19  including the principal of New York Fire-Shield, Inc., the principal of Ghillie Suits.com, the

20  principal of Complete Seal, Kathleen Verdi, and Joe Anderson.

21           5.       Moreover, there is substantial further discovery being conducted presently and

22  that remains to be completed.  Two depositions in Albuquerque, New Mexico, took place on

23  September 2 and 3, 2008, a deposition is set in Virginia on September 11, 2008, four depositions

in Albuquerque are set from September 22-25, 2008, two depositions are set in Albuquerque on October 15 and 16, 2008, and three more depositions are set in Albuquerque on October 27, 28 and 29, 2008.  The deposition of Robert Little in Charlotte, NC, has been set, but was continued. The deposition of Captain Thomas Seiverts was taken in July 2008.  Counsel for Crossland and counsel for The Garland Company have recently started appearing telephonically for some of these depositions, and transcripts will be ordered and have to be reviewed in those where they have been unable to appear, or which were conducted prior to counsels' involvement in this case.

6.      In addition, thousands of pages of documents have been produced by the parties in this case, including, but not limited to, documents from the Department of Energy, numerous DVDs re M-60 Investigation, Joint Testing Exercise—Pacific Patriot Accident, Firearm Tests, SWRI Department of Fire Technology, documents from New York Fire-Shield, Inc., and documents from Wackenhut Services, Inc.  Additional documents have probably been produced, of which counsel for Crossland and The Garland Company must still gather and review.

7.      Crossland's counsel and The Garland's counsel have spent the last several weeks gathering documents and consulting with their client in Texas in order to respond to 41 special interrogatories and 58 document requests.  Moreover, because of the extensive discovery that has been propounded to Crossland and The Garland Company, and the numerous depositions that have been scheduled in this case, Crossland and The Garland Company have yet been unable to propound discovery to the other parties in this litigation.  Furthermore, counsel for Crossland and The Garland Company are still investigating the chain of distribution of the product at issue. Counsel anticipate filing a motion for summary judgment in this action, but have not had sufficient time to gather the necessary evidence in support of such a motion.

8.      The new parties to this case, specifically Gary Crossland and The Garland

Company, are seeking the extensions, and Plaintiffs are not opposed to the request.  In addition, Defendant Wackenhut Services, Incorporated recently identified the remaining ghillie suits and fire retardant spray, which were ordered for the Joint Testing Exercise (JTX).  Plaintiffs have sent a Touhy request to the Department of Energy in order to obtain the physical evidence, and are awaiting its response.  Additional time is required for the evidence to be received, examined and analyzed by the parties and their experts.

9.      In addition, some of the defendants are engaged in insurance coverage disputes relevant to this action.  For example, New York Fire Shield, Inc. has a declaratory relief action pending in New York State regarding coverage for the defense and indemnity of this lawsuit, which has not yet resolved.  A delay in the deadlines will allow more time for the insurance coverage disputes to resolve, which is in all parties' interests.

10.     This Stipulation is entered into pursuant to FRCP, Rule 16, which provides that a Scheduling Order may be amended for good cause and with the Court's permission.  See also, *Victor Company of Japan, Ltd. v. Quanta Computer, Inc*., Slip Copy, 2007 WL 806491 (N.D.Cal. 2007), at *1.   Good cause has been shown.  Further, the amendment of the Scheduling Order dated March 4, 2008, is not sought for the purpose of delay but so that justice may be served.  All parties unanimously agree that a reasonable extension, at a minimum of six (6) months, is necessary for all parties to complete discovery, retain their experts, prepare their dispositive motions, and prepare for trial.

11.     Based on the foregoing, all parties jointly move the Court to extend the current deadlines set out in the Scheduling Order of March 4, 2008.

Respectfully submitted,

TINSMAN & SCIANO, INC.

Respectfully submitted,

TINSMAN & SCIANO, INC.

Dated: 9/6/2008                    By: _____
                                        Daniel J. T. Sciano

And

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Dated: _____           By: _____
                                        Craig Needham
                                   Attorneys for Plaintiffs JEREMY JAMES EHART,
                                   KRISTY EHART and STEVEN RYAN
                                   McCLANAHAN

MANNING & MARDER, KASS, ELLROD,
RAMIREZ LLP

Dated: _____           By: _____
                                        Mike Smith
                                   Attorneys for Defendants WACKENHUT
                                   SERVICES, INCORPORATED

SELMAN-BREITMAN LLP

Dated: _____           By: _____
                                        Paul Stephan
                                        Danielle K. Lewis
                                   Attorneys for Defendants GHILLIE SUITS.COM,
                                   INC. and TODD MUIRHEAD

Dated: _____           MUSICK, PEELER & GARRETT LLP

                                  By: _____
                                        Shireen B. Rogers
                                   Attorneys for Defendant THE GARLAND
                                   COMPANY

1    Respectfully submitted,

2    TINSMAN & SCIANO, INC.

3

4    Dated: _____          By: _____

5                                     Daniel J. T. Sciano

6                               And

7    NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

8

9    Dated 9/8/08                By: _____

10                                    Craig Needham
     Attorneys for Plaintiffs JEREMY JAMES EHART,
11   KRISTY EHART and STEVEN RYAN
     McCLANAHAN
12
     MANNING & MARDER, KASS, ELLROD,
13   RAMIREZ LLP

14

15   Dated: _____          By: _____
                                      Mike Smith
16   Attorneys for Defendants WACKENHUT
     SERVICES, INCORPORATED
17

18   SELMAN-BREITMAN LLP

19

20   Dated: _____          By: _____
                                      Paul Stephan
21                                    Danielle K. Lewis
     Attorneys for Defendants GHILLIE SUITS.COM,
22   INC. and TODD MUIRHEAD

23

24   Dated: _____          MUSICK, PEELER & GARRETT LLP

25

26                               By: _____
                                      Shireen B. Rogers
27   Attorneys for Defendant THE GARLAND
     COMPANY
28

1

2

3

4   Dated: _____

5

6

7

8

9   Dated: _____

10

11

12

13

14

15  Dated: 9/8/68

16

17

18

19

20  Dated: _____

21

22

23

24

25

26  Dated: _____

27

28

Respectfully submitted,

TINSMAN & SCIANO, INC.

By: _____
        Daniel J. T. Sciano

And

NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

By: _____
        Craig Needham
Attorneys for Plaintiffs JEREMY JAMES EHART,
KRISTY EHART and STEVEN RYAN
McCLANAHAN

MANNING & MARDER, KASS, ELLROD,
RAMIREZ LLP

By: _____
        Mike Smith
Attorneys for Defendants WACKENHUT
SERVICES, INCORPORATED

SELMAN-BREITMAN LLP

By: _____
        Paul Stephan
        Danielle K. Lewis
Attorneys for Defendants GHILLIE SUITS.COM,
INC. and TODD MUIRHEAD

ARCHER NORRIS

By: _____
        Sharon C. Collier
Attorneys for Defendant NEW YORK FIRE-
SHIELD, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

TINSMAN & SCIANO, INC.

Dated: _____          By: _____
                                 Daniel J. T. Sciano

                            And

                            NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

Dated: _____          By: _____
                                 Craig Needham
                            Attorneys for Plaintiffs JEREMY JAMES EHART,
                            KRISTY EHART and STEVEN RYAN
                            McCLANAHAN

                            MANNING & MARDER, KASS, ELLROD,
                            RAMIREZ LLP

Dated: _____          By: _____
                                 Mike Smith
                            Attorneys for Defendants WACKENHUT
                            SERVICES, INCORPORATED

                            SELMAN-BREITMAN LLP

Dated: 9/5/08               By: _____
                                 Paul Stephan
                                 Danielle K. Lewis
                            Attorneys for Defendants GHILLIE SUITS.COM,
                            INC. and TODD MUIRHEAD

Dated: _____          MUSICK, PEELER & GARRETT LLP

                            By: _____
                                 Shireen B. Rogers
                            Attorneys for Defendant THE GARLAND
                            COMPANY

1                                     Respectfully submitted,

2                                       TINSMAN & SCIANO, INC.

3

4   Dated: _____            By:    _____

5                                             Daniel J. T. Sciano

6                                     And

7                                     NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

8

9   Dated: _____            By:    _____

10                                     Craig Needham
Attorneys for Plaintiffs JEREMY JAMES EHART,

11                                     KRISTY EHART and STEVEN RYAN
McCLANAHAN

12

13                                     MANNING & MARDER, KASS, ELLROD,
RAMIREZ LLP

14

15  Dated: _____            By:    _____

16                                     Mike Smith
Attorneys for Defendants WACKENHUT

17                                     SERVICES, INCORPORATED

18                                     SELMAN-BREITMAN LLP

19

20  Dated: _____            By:    _____

21                                     Paul Stephan
Danielle K. Lewis

22                                   Attorneys for Defendants GHILLIE SUITS.COM,
INC. and TODD MUIRHEAD

23

24                                   ARCHER NORRIS

25

26  Dated: **9/8/08**            By:    _____

27                                     Sharon C. Collier
Attorneys for Defendant NEW YORK FIRE-

28                                   SHIELD, INC.

1           Respectfully submitted,

2           TINSMAN & SCIANO, INC.

3

4    Dated: _____        By:     _____

5                                  Daniel J. T. Sciano

6           And

7           NEEDHAM, DAVIS, KEPNER & YOUNG, LLP

8

9    Dated: _____        By:     _____

10                                   Craig Needham
                                  Attorneys for Plaintiffs JEREMY JAMES EHART,

11          KRISTY EHART and STEVEN RYAN
         McCLANAHAN

12

13          MANNING & MARDER, KASS, ELLROD,
         RAMIREZ LLP

14

15   Dated: _____        By:     _____

16                                   Mike Smith
                                  Attorneys for Defendants WACKENHUT

17          SERVICES, INCORPORATED

18          SELMAN-BREITMAN LLP

19

20   Dated: _____        By:     _____

21                                   Paul Stephan
                                  Danielle K. Lewis

22          Attorneys for Defendants GHILLIE SUITS.COM,
         INC. and TODD MUIRHEAD

23

24   Dated: _____        MUSICK, PEELER & GARRETT LLP

25

26          By:     _____

27                                   Shireen B. Rogers
         Attorneys for Defendant THE GARLAND

28          COMPANY

1  Attorneys for Defendant THE GARLAND
2  COMPANY

3
   Dated: _____     LAW OFFICES OF LORI B. FELDMAN
4

5                            /s/ *Lori B. Feldman*
6  By:   _____
7             Lori B. Feldman
   Attorneys for Defendant GARY CROSSLAND

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

**~~PROPOSED~~ ORDER**

3    For good cause shown, the Court GRANTS the parties' request for a modification to the March 4,

4    2008 Scheduling Order as follows:

5

6

7

| | |
|---|---|
| **Deadline to Disclose Expert Witnesses and serve resumes and reports** (*63 days before the close of discovery*) | April 13, 2009 |
| **Last Date for Hearing Dispositive Motions** (*60 days before Preliminary Pretrial Conference*) | August 17, 2009 |
| **Close of All Discovery** | June 15, 2009 |
| **Preliminary Pretrial Conference at 11 a.m.** | May 11, 2009 |
| **Preliminary Pretrial Conference Statements** (*Due 10 days before conference*) | May 1, 2009 |

8

9

10

11

12

13

14

15    IT IS SO ORDERED.   **In light of the age of the case, this is the parties' final continuance of**

16                                              **the case schedule.**

     Dated:      September 24, 2008

17                                                              _____

                                                                THE HONORABLE JAMES WARE

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Amend Scheduling Order Dated March 4, 2008

8