CRAIG NEEDHAM (SBN 52010)
KIRSTEN FISH (SB #217940)
**NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel:   (408) 244-2166
Fax:   (408) 244-7815

**TINSMAN & SCIANO, INC.**
DANIEL J.T. SCIANO (Admitted *Pro Hac Vice*)
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone: (210) 225-3121
Fax:  (210) 225-6235

*Attorneys for Plaintiffs, JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN*

IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>Defendants. | No. 5:06-CV-6507-JW<br><br>(~~PROPOSED~~) **AMENDED ORDER ON PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANTS, THE GARLAND COMPANY D/B/A FIRE SHIELD WEST AND GARY B. CROSSLAND** |

### AMENDED ORDER

The Order previously entered on December 16, 2008, on PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS DEFENDANTS, THE GARLAND COMPANY D/B/A FIRE SHIELD WEST AND GARY B. CROSSLAND and the agreement of the parties, is revised as follows:

Now comes the Court, being fully advised of the issues and the agreement of the parties, it is

-2-

1  hereby ordered that Defendants, THE GARLAND COMPANY D/B/A FIRE SHIELD WEST and
2  GARY B. CROSSLAND, are voluntarily dismissed without prejudice and without costs.
3  Defendants, THE GARLAND COMPANY D/B/A FIRE SHIELD WEST and GARY B.
4  CROSSLAND and JACE CONTRACTING SERVICES, INC. a/k/a JACE CONTRACTING are
5  found to have tolled and expressly extended the applicable statute of limitations during the period
6  commencing on the date the original complaint bearing Case No. C 06 06507 (JW) was filed in the
7  United States District Court, Northern District of California, San Jose Division, and ending 30 days
8  after the date a trial court judgment is signed and entered, or the date the Plaintiffs settle with the
9  last remaining Defendant currently joined, whichever date is earlier.

Dated: January 8, 2009

JAMES WARE
United States District Judge

-2-