IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeremy James Ehart, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>Ghillie Suits.Com, Inc., et al.,<br><br>  Defendants. | NO. C 06-06507 JW<br><br>**ORDER SETTING HEARING ON MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** |

Presently before the Court is Gary B. Crossland and the Garland Company's ("Settling Defendants") Motion for a Determination of Good Faith Settlement. (See Docket Item No. 115.) Plaintiffs and the Settling Defendants have entered into a settlement agreement that would dismiss all of Plaintiffs' claims against the Settling Defendants as well as all cross-claims against the Settling Defendants. The Settling Defendants seek an order from the Court finding the settlement to be in good faith and dismissing with prejudice all claims and cross-claims against the Settling Defendants.

The Settling Defendants failed to notice a hearing date for their motion. Since granting the Motion would eliminate all claims and cross-claims as to only some Defendants, the Court finds that, out of an abundance of caution, a hearing is necessary to provide an adequate opportunity for any opposition to be heard.

Accordingly, the Court orders as follows:

(1) The Settling Defendants' Motion for a Determination of Good Faith Settlement shall be heard on **March 9, 2009 at 9:00 a.m.**

(2) Any oppositions shall be filed on or before **February 17, 2009**.

(3) Any reply shall be filed on or before **February 23, 2009**.

Dated:  January 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Evan Needham cneedham@ndkylaw.com
Daniel JT Sciano dsciano@tsslawyers.com
Danielle Kono Lewis dlewis@selmanbreitman.com
David Mitchell Lester d.lester@mpglaw.com
Kirsten M. Fish kfish@ndkylaw.com
Lori Beth Feldman lbfeldmanlaw@aol.com
Michael Lloyd Smith mls@mmker.com
Paul Edmond Stephan pstephan@selmanbreitman.com
Sharon Cohen Collier scollier@archernorris.com

**Dated:  January 23, 2009**                              **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California