**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeremy Ehart, et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Ghillie Suits.Com, Inc., et al,<br><br>　　　　Defendants. | NO. C 06-06507 JW<br><br>**ORDER DENYING GARY B. CROSSLAND AND THE GARLAND COMPANY'S APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT AS MOOT; GRANTING GARY B. CROSSLAND AND THE GARLAND COMPANY'S MOTION TO VOLUNTARILY DISMISS CROSS-CLAIMS; GRANTING GHILLIE SUITS.COM, INC. AND TODD MUIRHEAD'S MOTION TO VOLUNTARILY DISMISS CROSS-CLAIMS** |

Presently before the Court are (1) Gary B. Crossland and the Garland Company's (collectively, "Crossland and Garland") Application for Determination of Good Faith Settlement; (2) Crossland and Garland's Motion to Voluntarily Dismiss their Cross-Claims against Ghillie Suits.Com and Todd Muirhead; and (3) Ghillie Suits.Com, Inc. and Todd Muirhead's Motion to Voluntarily Dismiss their Cross-Claims. (See Docket Item Nos. 115, 118, 119.)

On January 9, 2009, the Court entered an Order granting Plaintiffs' motion to voluntarily dismiss Crossland and Garland. (January 9, 2009 Order, Docket Item No. 113.) On January 16, 2009, Crossland and Garland filed its Application for Determination of Good Faith Settlement. Crossland and Garland sought an order finding that they have entered into a good faith settlement pursuant to Cal. Code. Civ. Proc. § 877.6 with Plaintiffs. Although Plaintiffs' claims against Crossland and Garland were voluntarily dismissed on January 9, 2009, Crossland and Garland

sought an order finding good faith settlement because all joint tortfeasors would be barred from bringing "claims against the settling tortfeasor or co-obligor for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault." Cal. Code. Civ. Proc. § 877.6(c).

On February 13, 2009, Crossland and Garland, and Ghillie Suits.Com ("Ghillie") along with Todd Muirhead ("Muirhead") filed mutual motions to voluntarily dismiss their cross-claims against each other. These Defendants have agreed to dismiss their cross-claims against each other and to toll the statute of limitations on their cross-claims. (Id.) In light of these mutual motions to voluntarily dismiss, Plaintiffs, Crossland and Garland agree that Crossland and Garland's Application for Determination of Good Faith Settlement should be denied as moot and the hearing on that matter vacated. (See Docket Item Nos. 120, 122.)

Accordingly, the Court orders as follows:

(1) Gary B. Crossland and the Garland Application for Determination of Good Faith Settlement is DENIED as moot. The March 9, 2009 hearing on that matter is VACATED.

(2) Ghillie Suits.Com, Inc., Todd Muirhead, Gary B. Crossland and the Garland Company are voluntarily dismissed without prejudice and without costs as to the cross-claims brought by each of them. Defendants Ghillie Suits.Com, Inc. and Todd Muirhead are found to have tolled and expressly extended the applicable statute of limitations during the period commencing on the date the original complaint bearing Case No. C 06-06507 JW was filed in the United States District Court, Northern District of California, San Jose Division, and ending 30 days after the date a trial Court judgment is signed and entered, or the date Plaintiffs settle with the last remaining Defendant currently joined, whichever date is earlier.

Dated: March 4, 2009

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Craig Evan Needham cneedham@ndkylaw.com
Daniel JT Sciano dsciano@tsslawyers.com
Danielle Kono Lewis dlewis@selmanbreitman.com
David Mitchell Lester d.lester@mpglaw.com
Kirsten M. Fish kfish@ndkylaw.com
Lori Beth Feldman lbfeldmanlaw@aol.com
Michael Lloyd Smith mls@mmker.com
Paul Edmond Stephan pstephan@selmanbreitman.com
Sharon Cohen Collier scollier@archernorris.com

**Dated: March 4, 2009**                              **Richard W. Wieking, Clerk**

                                                        **By:    /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                                **Courtroom Deputy**