Michael L. Smith, SBN 160305
Madonna A. Herman, SBN 221747
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone:   (415) 217-6990
Facsimile:   (415) 217-6999

Attorneys for Defendants,
WACKENHUT SERVICES, INCORPORATED
and THE WACKENHUT CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN McCLANAHAN, <br><br> Plaintiffs, <br><br> vs. <br><br> GHILLIE SUITS.COM, INC., TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION and DOES 1-50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION(s). | Case No.: C 06 06507 (JW) <br><br> STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER TO EXTEND DEADLINE TO DISCLOSE EXPERT WITNESSES AND COMPLETE DISCOVERY |

COME NOW, (1) Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN; (2) Defendant GHILLIE SUITS.COM, INC.; (3) Defendant TODD MUIRHEAD; (4) Defendant NEW YORK FIRE-SHIELD INCORPORATED; (5) Defendant WACKENHUT SERVICES, INCORPORATED; and (6) Defendant THE WACKENHUT CORPORATION; and file this Stipulation requesting the Court to enter an Agreed Amended Scheduling Order in this case and as grounds therefore, would show the Court as follows:

1. The current deadline to disclose expert witnesses and serve resumes and reports is April 13, 2009.

2. The parties submit this Joint Stipulation with the limited purpose of extending the deadline to disclose expert witnesses and serve resumes and report to June 1, 2009, and extending the discovery cutoff date to July 31, 2009..

3. **This limited Amendment of the Court Scheduling Order will have no effect on any other deadline, trial or require any alteration of the existing scheduling order including hearing date and trial scheduling.**

4. This case involves numerous witnesses affiliated with the United States Marine Corps, Department of Energy, as well as private contractors in this action. The parties have cooperated in diligently moving forward with twenty-four (24) depositions in five states and are scheduling the final rounds of depositions of both parties and witnesses to be completed within the next thirty to forty-five (30-45) days and again will involve depositions in at least four states.

5. The availability of witnesses from the United States Marine Corps and Department of Energy has been limited by the deployment overseas and consistent and active participate in ongoing training exercises throughout the course of this litigation.

6. Completion of this final phase of depositions will be critical in all parties' ability to assess the global state of evidence, testimony and documents on multiple issues each of which will require extensive expert review analysis, testing and opinion.

7. Additionally, the expert analysis testing and conclusions will involve testing remaining Ghillie Suits, and flame retardant that were actually used in exercise Pacific Patriot, and which, as of the date of this Stipulation, remain in the exclusive possession, custody and control of Department of Energy. All parties are working diligently with the Department of Energy to secure access to these remaining Ghillie Suits and flame retardant and once possession is secured, will then require additional time to establish testing protocol.

8. This Stipulation is entered into pursuant to FRCP Rule 16 which provides that a Scheduling Order may be amended for good cause and with the Court's permission. Good cause has been shown. Further, the amendment of the Scheduling Order is not sought for the purpose of delay (and will result in no delay), but so that justice may be served. All parties unanimously agree that a reasonable extension of forty-nine (49) days of the deadline to disclose expert witnesses and serve

resumes and reports, and forty-six (46) days of the deadline to complete discovery. It is necessary for all parties to complete discovery, retain their experts, complete expert investigation, discovery and testing in order to be ready for trial.

Based on the foregoing, all parties jointly move the Court to extend the current April 13, 2009 deadline to disclose expert witnesses and serve resumes and reports, to June 1, 2009, and deadline to complete discovery from June 15, 2009 to Friday, July 31, 2009.

Dated: March 11, 2009

**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**

By: _____
   Michael L. Smith

Attorneys for Defendants,
WACKENHUT SERVICES,
INCORPORATED and THE WACKENHUT
CORPORATION

Dated: _____, 2009

**ARCHER NORRIS**

By: _____
   Sharon C. Collier

Attorneys for Defendant, NEW YORK FIRE-SHIELD INCORPORATED

Dated: _____, 2009

**TINSMAN & SCIANO, INC.**

By: _____
   Daniel J.T. Sciano

Attorneys for Plaintiffs,
JEREMY JAMES EHART, KRISTY EHART
and STEVEN RYAN McCLANAHAN

Dated: _____, 2009

**SELMAN BREITMAN LLP**

By: _____
   Paul E. Stephen
   Danielle K. Lewis

Attorneys for Defendant,
GHILLIE SUITS.COM, INC. and
TODD MUIRHEAD

-3- D:\docsdata\mls\00 MLS\Ehart v. Ghillie Suits.com, Inc\Pleadings\StipAmendSchedulingOrder.wpd

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

resumes and reports, and forty-six (46) days of the deadline to complete discovery. It is necessary for all parties to complete discovery, retain their experts, complete expert investigation, discovery and testing in order to be ready for trial.

Based on the foregoing, all parties jointly move the Court to extend the current April 13, 2009 deadline to disclose expert witnesses and serve resumes and reports, to June 1, 2009, and deadline to complete discovery from June 15, 2009 to Friday, July 31, 2009.

Dated: _____, 2009

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By:_____
Michael L. Smith

Attorneys for Defendants,
WACKENHUT SERVICES, INCORPORATED and THE WACKENHUT CORPORATION

Dated: March 6, 2009

ARCHER NORRIS

By: _Sheeler_
Sharon C. Collier

Attorneys for Defendant, NEW YORK FIRE-SHIELD INCORPORATED

Dated: _____, 2009

TINSMAN & SCIANO, INC.

By:_____
Daniel J.T. Sciano

Attorneys for Plaintiffs,
JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN McCLANAHAN

Dated: _____, 2009

SELMAN BREITMAN LLP

By:_____
Paul E. Stephen
Danielle K. Lewis

Attorneys for Defendant,
GHILLIE SUITS.COM, INC. and TODD MUIRHEAD

-3- D:\docsdata\mls\00 MLS\Ehart v. Ghillie Suits.com, Inc\Pleadings\StipAmendSchedulingOrder.wpd

resumes and reports, and forty-six (46) days of the deadline to complete discovery. It is necessary for all parties to complete discovery, retain their experts, complete expert investigation, discovery and testing in order to be ready for trial.

Based on the foregoing, all parties jointly move the Court to extend the current April 13, 2009 deadline to disclose expert witnesses and serve resumes and reports, to June 1, 2009, and deadline to complete discovery from June 15, 2009 to Friday, July 31, 2009.

Dated: _____, 2009

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By:_____
    Michael L. Smith

Attorneys for Defendants,
WACKENHUT SERVICES,
INCORPORATED and THE WACKENHUT CORPORATION

Dated: _____, 2009

**ARCHER NORRIS**

By:_____
    Sharon C. Collier

Attorneys for Defendant, NEW YORK FIRE-SHIELD INCORPORATED

Dated: 3/4/09, 2009

TINSMAN & SCIANO, INC.

By:_____
    Daniel J.T. Sciano

Attorneys for Plaintiffs,
JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN McCLANAHAN

Dated: _____, 2009

**SELMAN BREITMAN LLP**

By:_____
    Paul E. Stephen
    Danielle K. Lewis

Attorneys for Defendant,
GHILLIE SUITS.COM, INC. and TODD MUIRHEAD

-3- D:\docsdata\mls\00 MLS\Ehart v. Ghillie Suits.com, Inc\Pleadings\StipAmendSchedulingOrder.wpd

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Dated: March 3, 2009 | **SELMAN BREITMAN LLP** |
| 2 | | |
| 3 | | By: _____<br>Paul E. Stephen<br>Danielle K. Lewis |
| 4 | | |
| 5 | | Attorneys for Defendant,<br>GHILLIE SUITS.COM, INC. and<br>TODD MUIRHEAD |

-4- D:\docsdata\mls\00 MLS\Ehart v. Ghillie Suits.com, Inc\Pleadings\StipAmendSchedulingOrder.wpd

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

[~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, the Court grants the parties' request for modification of the September 24, 2008 Scheduling Order as Followings:

| | |
|---|---|
| Deadline to Disclose Expert Witnesses and serve resumes and reports | June 1, 2009 |
| Deadline to Complete Discovery | July 31, 2009 |

IT IS SO ORDERED

Dated:  March 19, 2009

_____
THE HONORABLE JAMES WARE