Michael L. Smith, SBN 160305
Madonna A. Herman, SBN 221747
**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**
One California Street, Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendants,
WACKENHUT SERVICES, INCORPORATED
and THE WACKENHUT CORPORATION

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN McCLANAHAN, <br><br> Plaintiffs, <br><br> vs. <br><br> GHILLIE SUITS.COM, INC., TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION and DOES 1-50, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION(s). | Case No.: C 06 06507 (JW) <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

COME NOW, (1) Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN; (2) Defendant GHILLIE SUITS.COM, INC.; (3) Defendant TODD MUIRHEAD; (4) Defendant NEW YORK FIRE-SHIELD INCORPORATED; (5) Defendant WACKENHUT SERVICES, INCORPORATED; and (6) Defendant THE WACKENHUT CORPORATION; and file this Stipulation requesting the Court to modify the May 6, 2009 Scheduling Order in this case and as grounds therefore, would show the Court as follows:

1. The current deadline for close of all discovery is October 26, 2009.

///

-1- D:\docsdata\mls\00 MLS\Ehart v. Ghillie Suits.com, Inc\Pleadings\StipModifySchedOrder.wpd

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

2. The parties submit this Joint Stipulation with the limited purpose of extending the deadline for close of all discovery to December 10, 2009 which will result in the disclosure of expert witness dates being moved to sixty-three (63) days before December 10, 2009 pursuant to Federal Rules of Civil Procedure section 26(a)(2)(B)

3. The parties request no modification of the existing Trial Setting Conference date and will be fully prepared to participate at the Trial Setting Conference as set.

4. The parties request no modification of the dispositive motion hearing date.

5. This single amendment will have no effect on when this case is set for trial.

6. This single amendment will have no effect on the Court's administration, handling and management of this case or effect the date of its ultimate disposition.

7. The sole effect of this amendment will be to afford the parties additional time within the current confines of the existing trial setting, dispositive motion hearing date and anticipated trial date within which to coordinate and complete remaining discovery, produce and circulate expert reports and mediate with JAMS.

8. The insurance carriers for two of the defendants have filed and are prosecuting Declaratory Relief actions. The parties have been actively monitoring the Declaratory Relief actions, whose outcome might have a significant bearing on a successful Mediation and settlement. The Court of Appeals issued a recent ruling in June 2009 in the Declaratory Relief action filed by insurance carrier for New York Fire Shield which clarified certain issues for that party which will pbetter prepare the parties for mediation.

9. The parties are currently cooperating in certain forensic testing and are cooperating in scheduling a Mediation to be attended by all decision makers at both the client and carrier level.

10. This final request for a revision of the deadline for the close of discovery which will effect the disclosure of the expert witness deadline will provide a final framework within which all parties may intelligently schedule all remaining party, witness and expert discovery with a goal of resolving the case.

11. This Stipulation is entered into pursuant to FRCP Rule 16 which provides that a Scheduling Order may be amended for good cause and with the Court's permission. Good cause has

been shown. Further, the amendment of the Scheduling Order is not sought for the purpose of delay (and will result in no delay), but so that justice may be served. All parties unanimously agree that a reasonable extension of forty-five (45) days of the deadline for close of all discovery is necessary to allow all parties to complete discovery, retain their experts, complete expert investigation, discovery and testing in order to be ready for mediation and trial.

Based on the foregoing, all parties jointly move the Court to extend the current October 26, 2009 deadline for close of all discovery to December 10, 2009.

Dated: August 3, 2009

**MANNING & MARDER KASS, ELLROD, RAMIREZ LLP**

By:_____
Michael L. Smith

Attorneys for Defendants,
WACKENHUT SERVICES, INCORPORATED and THE WACKENHUT CORPORATION

Dated: _____, 2009

**ROPERS, MAJESKI, KOHN & BENTLY**

By:_____
Dennis Ward

Attorneys for Defendant, NEW YORK FIRE-SHIELD INCORPORATED

Dated: August 3, 2009

**TINSMAN & SCIANO, INC.**

By: /s/ Daniel J.T. Sciano
Daniel J.T. Sciano

Attorneys for Plaintiffs,
JEREMY JAMES EHART, KRISTY EHART and STEVEN RYAN McCLANAHAN

///

been shown. Further, the amendment of the Scheduling Order is not sought for the purpose of delay (and will result in no delay), but so that justice may be served. All parties unanimously agree that a reasonable extension of forty-five (45) days of the deadline for close of all discovery is necessary to allow all parties to complete discovery, retain their experts, complete expert investigation, discovery and testing in order to be ready for mediation and trial.

Based on the foregoing, all parties jointly move the Court to extend the current October 26, 2009 deadline for close of all discovery to December 10, 2009.

Dated: _____, 2009        **MANNING & MARDER**
                                    **KASS, ELLROD, RAMIREZ LLP**


By: _____
    Michael L. Smith

Attorneys for Defendants,
WACKENHUT SERVICES,
INCORPORATED and THE WACKENHUT
CORPORATION


Dated: July 31, 2009               **ROPERS, MAJESKI, KOHN & BENTLY**


By: _____
    Dennis Ward

Attorneys for Defendant, NEW YORK FIRE-
SHIELD INCORPORATED


Dated: _____, 2009        **TINSMAN & SCIANO, INC.**


By: _____
    Daniel J.T. Sciano

Attorneys for Plaintiffs,
JEREMY JAMES EHART, KRISTY EHART
and STEVEN RYAN McCLANAHAN

///

-3-

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

| | | |
|---|---|---|
| 1 | Dated: August 3, 2009 | **SELMAN BREITMAN LLP** |
| 2 | | |
| 3 | | By: /s/ Paul E. Stephan<br>Paul E. Stephan<br>Danielle K. Lewis |
| 4 | | |
| 5 | | |
| 6 | | Attorneys for Defendants,<br>GHILLIE SUITS.COM, INC. and<br>TODD MUIRHEAD |
| 7 | | |

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Court grants the parties' request for modification of the May 6, 2009 Scheduling Order as Follows:

| Close of All Discovery | December 10, 2009 |
|---|---|
| Disclosure of Expert Witnesses | FRCP 26(a)(2)(B) |

All other deadlines shall remain unchanged except that the Court, *sua sponte*, continues the Preliminary Pretrial Conference currently set for September 21, 2009 to **November 16, 2009 at 11 a.m.** The Court will not entertain further requests to modify the Case Schedule, including the last date for *hearing* on dispositive motions which is currently set for **December 14, 2009 at 9 a.m.**

Dated: August 11, 2009

_____
JAMES WARE
United States District Judge