CRAIG NEEDHAM (SBN 52010)
KIRSTEN FISH (SB #217940)
**NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel:   (408) 244-2166
Fax:   (408) 244-7815

**TINSMAN & SCIANO, INC.**
DANIEL J.T. SCIANO (Admitted *Pro Hac Vice*)
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone: (210) 225-3121
Fax:  (210) 225-6235

*Attorneys for Plaintiffs, JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN*

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>Plaintiffs,<br>vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>Defendants. | No. 5:06-CV-6507-JW<br><br>~~(PROPOSED)~~ **ORDER ON ABATING DEADLINES IN LIEU OF POSSIBLE SETTLEMENT AGREEMENT** |

**ORDER**

Now comes the Court, being fully advised of the agreement of the parties regarding possible settlement in this matter and pursuant to the request of the parties to hold in abeyance the current scheduling deadlines set out in the Court's prior order dated August 11, 2009, the Court orders that the remaining deadlines be abated and extended for 2 weeks. During this time, the parties will report

the status of the settlement discussions to the Court so that further appropriate orders may be entered.

The parties are currently set for a Preliminary Pretrial Conference for November 16, 2009. The Court VACATES the Pretrial conference but sets a Status Conference re: Settlement for the same day. Thus, while all pretrial deadlines are abated, the parties shall appear on **November 16, 2009 at 10 a.m.** for a Status Conference. On or before **November 6, 2009**, the parties shall file a Joint Status Statement. The Statement shall update the Court on the status of the parties' settlement efforts.

Dated: October 15, 2009

_____
JAMES WARE
United States District Judge