

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>  Plaintiffs,<br>vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>  Defendants. | No. 5:06-CV-6507-JW<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

    Plaintiffs Jeremy Ehart, Kristy Ehart and Steven Ryan McClanahan have settled their respective cases against all defendants.

    Plaintiffs have not resolved the United States government's liens. However, that does not affect

the above settlement. Plaintiffs reserve any and all defenses or limitations to the United States government's liens including, but not limited to, the United States government's negligence, the made whole doctrine, and hardship considerations.

Plaintiffs request the court to put this matter over for sixty days for lien status only, to vacate the current matter set for November 16, 2009, and to order all parties to exchange settlement documents and payments within 30 days. Plaintiffs will escrow any claimed lien amounts pending resolution by agreement or court hearing.

Dated: November 6, 2009

NEEDHAM, KEPNER, FISH & JONES, LLP

By: _____
CRAIG NEEDHAM
Attorneys for Plaintiffs

**\*\*\* ORDER \*\*\***

On November 16, 2009, the parties notified the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 141.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **January 22, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca on **February 1, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41 (b). On or before **January 22, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

On or before **December 14, 2009**, the parties shall exchange settlement documents within 30 days of this Order.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: November 12, 2009

_____
JAMES WARE
United States District Judge