

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>    Plaintiffs,<br>  vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>    Defendants. | No. 5:06-CV-6507-JW<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| AND RELATED CROSS ACTION(S) | |

Based on the representation made in the Joint Case Management Statement (Docket Item No. 144), the Court finds good cause to continue the hearing on the Order to Show Cause re: Settlement currently set for February 1, 2010.

| | |
|---|---|
| 1 | The Court sets **March 15, 2010 at 9 a.m.** as a new hearing date to provide sufficient time for the remaining Defendants, WACKENHUT SERVICES, INC. AND THE WACKENHUT CORP., to fund their portions of the settlement.  On or before **March 1, 2010**, the parties shall file the appropriate Stipulated Dismissal.  In the event that the above named Defendants continue to be in breach of the settlement agreement, Plaintiffs shall file the appropriate Motion to compel such payments and to bring this case to a close. |

Dated: January 25, 2010

_____
JAMES WARE
United States District Judge