CRAIG NEEDHAM (SBN 52010)
KIRSTEN FISH (SB #217940)
**NEEDHAM, DAVIS, KEPNER, & YOUNG, LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel:  (408) 244-2166
Fax:  (408) 244-7815

**TINSMAN & SCIANO, INC.**
DANIEL J.T. SCIANO (Admitted *Pro Hac Vice*)
10107 McAllister Freeway
San Antonio, Texas 78216
Telephone: (210) 225-3121
Fax: (210) 225-6235

*Attorneys for Plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN*

IT IS SO ORDERED AS MODIFIED
Judge James Ware
3/5/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN,<br><br>Plaintiffs,<br>vs.<br><br>GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION; and DOES 1 – 50, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION(S) | No. 5:06-CV-6507-JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN, and Defendants, GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE

WACKENHUT CORPORATION, and file this their Stipulation and [Proposed] Order for Dismissal with Prejudice and in that regard would show:

## I.

Plaintiffs and Defendants have amicably resolved all issues involved in this lawsuit and have reached a compromise settlement agreement. A Settlement Agreement and Release has been fully executed for each Plaintiff and all Defendants have fully funded all payment amounts as required by the terms of the settlement agreements.

## II.

Plaintiffs have not resolved the United States government's liens; however, that does not affect the settlement referenced above. The entire lien amounts requested by the Department of the Navy pursuant to the Medical Care Recovery Act ($133,455.66 for Ryan McClanahan and $418,331.18 for Jeremy Ehart) have been deposited into an interest bearing account on their behalf, pending negotiation of the reduction and/or waiver and/or request by the Department of the Navy for the entire final amounts claimed. No action will be taken at this time to disburse any of these monies until Plaintiffs have gone through the administrative process and either an agreement is reached or subsequently the matter is resolved by declaratory proceeding where all parties are given advance notice. Plaintiffs reserve any and all defenses or limitations to the United States government's liens including, but not limited to, the United States government's negligence, the made whole doctrine, and hardship considerations.

## III.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record that, pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), all causes of action asserted on behalf of plaintiffs JEREMY JAMES EHART, KRISTY EHART, and STEVEN RYAN McCLANAHAN as set forth in the complaint on file herein, as well as all related cross actions between and amongst Defendants, GHILLIE SUITS.COM INC.; TODD MUIRHEAD; NEW YORK FIRE-SHIELD INCORPORATED; WACKENHUT SERVICES, INCORPORATED; THE WACKENHUT CORPORATION, shall be and are hereby dismissed with prejudice, and that each party shall bear its

own costs and attorney's fees herein.

DATED: 2·26·10

NEEDHAM, KEPNER FISH & JONES LLP

By: _____
Craig Needham
Attorneys for Plaintiffs

DATED: 2/26/10

TINSMAN & SCIANO, INC.

By: _____
Daniel J. T. Sciano
Attorneys for Plaintiffs

DATED:

SELMAN BREITMAN LLP

By: _____
Paul E. Stephan
Attorneys for GHILLIE SUITS.COM, INC.
and TODD MUIRHEAD

DATED: 3/1/10

MANNING & MARDER, KASS, ELLROD,
RAMIREZ LLP

By: _____
Michael L. Smith
Attorneys for WACKENHUT SERVICES,
INCORPORATED and THE WACKENHUT
CORPORATION

DATED: 3/1/10

ROPERS, MAJESKI, KOHN & YOUNG LLP

By: _____
Dennis J. Ward
Attorneys for NEW YORK FIRE-SHIELD,
INC.

---

{NKFJ Main\6183\71353\PLEADING\00156453.DOC}   3   STIPULATION AND PROPOSED ORDER FOR
DISMISSAL WITH PREJUDICE - No. 5:06-CV-6507-JW

```
 1 | own costs and attorney's fees herein.
 2 | DATED: 2-26-10
 3 |                                    NEEDHAM, KEPNER FISH & JONES LLP
 4 |                                    By: _____
 5 |                                        Craig Needham
                                            Attorneys for Plaintiffs
 6 |
 7 | DATED: 2/26/10
 8 |                                    TINSMAN & SCIANO, INC.
 9 |                                    By: _____
10 |                                        Daniel J. Sciano
                                            Attorneys for Plaintiffs
11 |
12 | DATED: 3/11/2010
13 |                                    SELMAN BREITMAN LLP
14 |                                    By: _____
                                            Paul E. Stephan
15 |                                        Attorneys for GHILLIE SUITS.COM, INC.
                                            and TODD MUIRHEAD
16 |
17 | DATED: 3/1/10
18 |                                    MANNING & MARDER, KASS, ELLROD,
                                        RAMIREZ LLP
19 |                                    By: _____
20 |                                        Michael L. Smith
                                            Attorneys for WACKENHUT SERVICES,
21 |                                        INCORPORATED and THE WACKENHUT
                                            CORPORATION
22 |
23 | DATED:
                                        ROPERS, MAJESKI, KOHN & YOUNG, LLP
24 |
25 |                                    By: _____
                                            Dennis J. Ward
26 |                                        Attorneys for NEW YORK FIRE-SHIELD,
                                            INC.
27 |
28 |
```

{NKFJ Main\6183\71353\PLEADING\00156453.DOC}    3    STIPULATION AND PROPOSED ORDER FOR
                                                      DISMISSAL WITH PREJUDICE - No. 5:06-CV-6507-JW

## ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed with prejudice in its entirety, each party to bear its own costs and attorney's fees. The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

DATED: March 5, 2010

_____
THE HONORABLE JAMES WARE
JUDGE OF THE UNITED STATES
DISTRICT COURT